IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Payton, Christopher | Case Number: 05 B 16692 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 4/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  October 23, 2008
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,195.30 | |
| Secured: | | 9,732.83 |
| Unsecured: | | 3,103.01 |
| Priority: | | 0.00 |
| Administrative: | | 1,545.50 |
| Trustee Fee: | | 777.64 |
| Other Funds: | | 36.32 |
| Totals: | 15,195.30 | 15,195.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Stuart B Handelman | Administrative | 726.50 | 726.50 |
| 3. | Stuart B Handelman | Administrative | 819.00 | 819.00 |
| 4. | Advance Loans | Secured | 4,339.08 | 4,339.08 |
| 5. | HomeComings Financial Network | Secured | 13,414.19 | 5,393.75 |
| 6. | Gurnee Radiology Center | Unsecured | 699.13 | 699.13 |
| 7. | Midland Credit Management | Unsecured | 275.24 | 275.24 |
| 8. | RoundUp Funding LLC | Unsecured | 820.35 | 820.35 |
| 9. | Advance Loans | Unsecured | 84.08 | 84.08 |
| 10. | World Financial Network Nat'l | Unsecured | 426.70 | 426.70 |
| 11. | Credit First | Unsecured | 797.51 | 797.51 |
| 12. | Christ Hospital | Unsecured | | No Claim Filed |
| 13. | JNR | Unsecured | | No Claim Filed |
| 14. | Bankfirst | Unsecured | | No Claim Filed |
| 15. | Dish Network | Unsecured | | No Claim Filed |
| 16. | Firestone Credit First | Unsecured | | No Claim Filed |
| 17. | Kmart Corp | Unsecured | | No Claim Filed |
| 18. | SBC | Unsecured | | No Claim Filed |
| 19. | Safeway | Unsecured | | No Claim Filed |
| | | | $ 22,401.78 | $ 14,381.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Payton, Christopher

Printed: 01/06/09

Case Number: 05 B 16692
Judge: Wedoff, Eugene R
Filed: 4/27/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 40.35 |
| 5.5% | 217.53 |
| 4.8% | 144.00 |
| 5.4% | 343.87 |
| 6.5% | 31.00 |
| 6.6% | 0.89 |
| | $ 777.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

